UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHELSEA CONKLIN,

        Plaintiff,                      Case No. 23-00634
                                            Hon. Jane M. Beckering

v.

GRAND TRUNK WESTERN
RAILROAD INCORPORATED,

        Defendant.
_____/

| | |
|---|---|
| PHILLIP S. SERAFINI (P45085) | MARY C. O'DONNELL (P33479) |
| DARREN K. LEGATO (P77203) | FLETCHER & SIPPEL, LLC |
| SERAFINI, MICHALOWSKI, DERKACZ | Attorney for Defendant |
| & ASSOCIATES, P.C. | 28 W. Adams Avenue |
| Attorneys for Plaintiff | Grand Park Centre, Ste 1700 |
| 44444 Mound Road, Suite 100 | Detroit, MI 48226 |
| Sterling Heights, MI 48314 | (313) 552-3534 |
| (586) 264-3756 / (586) 265-3783 (f) | modonnell@fletcher-sippel.com |
| phils@smdalaw.com | |
| darren@smdalaw.com | |

_____/

## **STIPULATED ORDER OF DISMISSAL**

At a session of said Court, held in the City of Grand Rapids,
County of Kent, State of Michigan,
On September _____, 2023

Present:  Hon. Jane M. Beckering, United States District Court

Upon stipulation of the parties, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Defendant is hereby dismissed without prejudice.

**IT IS HEREBY FURTHER ORDERED** that neither party is responsible for fees or costs.

**IT IS SO ORDERED.**

**THIS IS A FINAL ORDER AND DOES CLOSE THIS CASE.**

_____
HON. JANE M. BECKERING

APPROVED AS TO FORM AND CONTENT FOR ENTRY:

/s/ Phillip S. Serafini
PHILLIP S. SERAFINI (P45085)
ATTORNEY FOR PLAINTIFF

/s/ Mary C. O'Donnell
MARY C. O'DONNELL (P33479)
ATTORNEY FOR DEFENDANT